UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SARIN CHANN,

Petitioner,

v.                                          CAUSE NO. 3:26-CV-104-DRL-SJF

BRIAN ENGLISH,

Respondent.

ORDER

Immigration detainee Sarin Chann, representing himself, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, alleging that he is unlawfully confined in violation of the laws or Constitution of the United States. ECF 1. On February 27, 2026, the Warden filed a status report representing that the government had requested travel documents from Cambodia but that it was unlikely that Chann would be removed within thirty days. ECF 7. The Warden also represented that it would supplement the status report if circumstances changed. *Id.* The Warden later provided documentation indicating that the request for travel documents was submitted on November 1, 2025. ECF 8-2 at 2. Additionally, two months have passed since Chann filed a reply in support of his petition on March 23, 2026. ECF 11.

The record reasonably suggests that the circumstances described in the status report might have changed since the Warden filed his status report and response. Consequently, the court will order him to file a supplemental status report as to Chann's current location and removal status.

For these reasons, the court ORDERS the respondent to file a supplemental status report by <u>May 28, 2026</u>.

SO ORDERED on May 21, 2026.

s/Scott J. Frankel  
Scott J. Frankel  
United States Magistrate Judge