UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SARIN CHANN,

      Petitioner,

    v.                                                                          CAUSE NO. 3:26cv104 DRL-SJF

BRIAN ENGLISH,

      Respondent.

## ORDER

The respondent, by counsel, filed a notice certifying that he has complied with the order granting habeas relief by releasing the petitioner from the Miami Correctional Facility on supervised release on June 5, 2026. ECF 15. The court entered the order granting habeas relief on June 4, 2026. ECF 14.

For these reasons, the court DIRECTS the clerk to enter judgment consistent with the order granting habeas relief (ECF 14) and to close this case.

SO ORDERED.

June 10, 2026                                                    *s/ Damon R. Leichty*
                                                Judge, United States District Court